# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JULINA LUCAS

VERSUS

CITY OF HAMMOND, THROUGH ITS
AGENT HAMMOND RURAL FIRE
DEPARTMENT AND/OR HAMMOND
RURAL FIRE DEPARTMENT AND
ACADIAN AMBULANCE SERVICE,
INC.

NO.   2025 CW 0244

**JUNE 20, 2025**

---

In Re:   Julina Lucas, applying for supervisory writs, 21st
         Judicial District Court, Parish of Tangipahoa, No.
         20240237.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

**HG**
**TPS**

**McClendon, C.J.,** concurs and would deny on the showing
made.  The writ application failed to include a transcript of the
evidentiary hearing.  Although the transcript is not required by
the Uniform Rules of the Louisiana Courts of Appeal, in this case,
according to the minutes, testimony was admitted.  Without the
transcript, this court was unable to review the evidence presented
to the court.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT